B1 (Official Form 1) (4/10)

| **UNITED STATES BANKRUPTCY COURT**<br>**Northern District of Illinois** | **VOLUNTARY PETITION** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**American Consumer Products Corporation** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>**11-3761618 and 39-2055055** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**721 Acorn Hill Lane**<br>**Oak Brook, IL**<br><br>ZIP CODE **60523** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**721 Acorn Hill Lane, Oak Brook, IL  60523** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**3 Mutec Drive, Columbus, GA** | ZIP CODE **31907** |

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
SEP 03 2010
KENNETH S. GARDNER, CLERK
PS REP. - AC

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in<br>11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other<br>**Household cleaning products** | ☐ Chapter 7      ☐ Chapter 15 Petition for<br>☐ Chapter 9         Recognition of a Foreign<br>☑ Chapter 11       Main Proceeding<br>☐ Chapter 12    ☐ Chapter 15 Petition for<br>☐ Chapter 13       Recognition of a Foreign<br>                            Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br><br>☐ Debtor is a tax-exempt organization<br>under  Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box.)<br><br>☐ Debts are primarily consumer     ☑ Debts are primarily<br>debts, defined in 11 U.S.C.          business debts.<br>§ 101(8) as "incurred by an<br>individual primarily for a<br>personal, family, or house-<br>hold purpose." |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only).  Must attach<br>signed application for the court's consideration certifying that the debtor is<br>unable to pay fee except in installments.  Rule 1006(b).  See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only).  Must<br>attach signed application for the court's consideration.  See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br><br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to<br>insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment<br>on 4/01/13 and every three years thereafter*).<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes<br>of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR<br>COURT USE ONLY |
|---|---|
| ☐      Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑      Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for<br>distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1) (4/10)                                                                                                Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>American Consumer Products Corporation |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed:   n/a | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor:<br>none | Case Number: | Date Filed: |
| District:   Northern District of Illinois | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐      Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>      Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐      Yes, and Exhibit C is attached and made a part of this petition.

☑      No.

---

**Exhibit D**

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐      Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐      Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

---

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑      Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐      There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐      Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

---

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐      Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐      Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐      Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐      Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form) 1 (4/10)  Page 3

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s): American Consumer Products Corporation |
|---|---|

### Signatures

| **Signature(s) of Debtor (s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor (s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Debtor

X _____
   Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
   (Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

---

**Signature of Attorney\***

X _____
   Signature of Attorney for Debtor(s)

_____
Printed Name of Attorney for Debtor(s)

_____
Firm Name

_____
Address

_____
Telephone Number

_____
Date

\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _~signature~_
   Signature of Authorized Individual

_____
Printed Name of Authorized Individual *Robin Zahler*

_____
Title of Authorized Individual *President*

_____
Date *9/3/2010*

**Form B1, Exh.A (9/97)**

In re          American Consumer Products Corporation                    Case No.

### Exhibit "A" to Voluntary Petition

1.      If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is _____.

2.      The following financial data is the latest available information and refers to the debtor's condition on
_9/3/10_____.

a.      Total assets                                              $ 6,000,000.00 _____

b.      Total debts (including debts listed in 2.c., below)       $ 3,500,000.00 _____

|  |  |  | | Approximate number of holders |
|---|---|---|---|---|

c.      Debt securities held by more than 500 holders.

| secured / / | unsecured / / | subordinated / / | $ _____ | _____ |
|---|---|---|---|---|
| secured / / | unsecured / / | subordinated / / | $ _____ | _____ |
| secured / / | unsecured / / | subordinated / / | $ _____ | _____ |
| secured / / | unsecured / / | subordinated / / | $ _____ | _____ |
| secured / / | unsecured / / | subordinated / / | $ _____ | _____ |

d.      Number of shares of preferred stock        _____        _____

e.      Number of shares common stock              _____ 10,000 issued _____        _____ 1 _____

        Comments, if any: _____

3.      Brief description of debtor's business: _____
Manufacture and sale of household cleaning products

4.      List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
Robin Zahran

**Form B1, Exhibit C**
**(9/01)**

In re          Americna Consumer Products Corporation                    Case No.


Exhibit "C" to Voluntary Petition


1. Identify and briefly describe all real or personal property owned by or in possession of the debtor that, to the best of the debtor's knowledge, poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

None


2. With respect to each parcel of real property or item of personal property identified in question 1, describe the nature and location of the dangerous condition, whether environmental or otherwise, that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

None

Form B2
6/90

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the president of the corporation named as debtor in this case,
declare under penalty of perjury that I have read the foregoing list
and that it is true and correct to the best of my information and belief.

Date _____ September 3, 2010 _____

Signature _____

Robin Zahran, President
_____
(Print Name and Title)

**B6 Cover (Form 6 Cover) (12/07)**

# FORM 6.  SCHEDULES

Summary of Schedules
Statistical Summary of Certain Liabilities and Related Data (28 U.S.C. § 159)

Schedule A - Real Property
Schedule B - Personal Property
Schedule C - Property Claimed as Exempt
Schedule D - Creditors Holding Secured Claims
Schedule E - Creditors Holding Unsecured Priority Claims
Schedule F - Creditors Holding Unsecured Nonpriority Claims
Schedule G - Executory Contracts and Unexpired Leases
Schedule H - Codebtors
Schedule I - Current Income of Individual Debtor(s)
Schedule J - Current Expenditures of Individual Debtors(s)

Unsworn Declaration Under Penalty of Perjury

GENERAL INSTRUCTIONS: The first page of the debtor's schedules and the first page of any amendments thereto must contain a caption as in Form 16B.  Subsequent pages should be identified with the debtor's name and case number.  If the schedules are filed with the petition, the case number should be left blank.

Schedules D, E, and F have been designed for the listing of each claim only once.  Even when a claim is secured only in part or entitled to priority only in part, it still should be listed only once.  A claim which is secured in whole or in part should be listed on Schedule D only, and a claim which is entitled to priority in whole or in part should be listed on Schedule E only.  Do not list the same claim twice.  If a creditor has more than one claim, such as claims arising from separate transactions, each claim should be scheduled separately.

Review the specific instructions for each schedule before completing the schedule.

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

## __Northern__ District Of __Illinois__

In re __American Consumer Prouducts Corp__                    Case No. _____
                        Debtor

                                                            Chapter _____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.  Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $3,500,000 | | |
| B - Personal Property | Yes | 15 | $2,505,000 | | |
| C - Property Claimed as Exempt | | | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | $3,189,573.61 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $0 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 1 | | $93,700.00 | |
| G - Executory Contracts and Unexpired Leases | No | | | | |
| H - Codebtors | No | | | | |
| I - Current Income of Individual Debtor(s) | no | | | | $ |
| J - Current Expenditures of Individual Debtors(s) | No | | | | $ |
| TOTAL | | 20 | $6,005,000 | $3,283,273.61 | |

B6A (Official Form 6A) (12/07)

In re ___American Consumer Products Corp___ ,          Case No. _____
            **Debtor**                                              **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 3 Mutec Drive Columbus, GA  31907 | Mortgagor/Possessor | | $3,500,000.00 | $2,800,000.00 |

Total➤

(Report also on Summary of Schedules.)

**AMERICAN CONSUMER PRODUCTS**
**COLUMBUS, GEORGIA**

06/10/10

| ITEM # | DESCRIPTION |
|---|---|
| ACP-001 | UNIPAC 12-HEAD ROTARY TUBE FILLING MACHINE W/NESLAB M75 CHILLER, VERTICAL TUBE CONVEYOR FEEDER, ALLEN BRADLEY 550 CONTROLS. M#: 120, S#: 050460912C. |
| ACP-002 | 1995 UNIPAC 12-HEAD ROTARY TUBE FILLING MACHINE W/GRAVITY TUBE FEED, VT100 CONTROLS. M#: SILVER 80, S#: 010060958PA |
| ACP-003 | 1996 TIRELLI LABELING MACHINE. M#: ECHO, S#: M147. |
| ACP-004 | (4) OHMTEMP COLLAR HEATERS, 460-VOLT. M#: SWH-55-44603, S#: 00-094. |
| ACP-005 | 1999 TIRELLI LABEL MACHINE. M#: ECHO, S#: 393. |
| ACP-006 | REB TRANSLAB 6-HEAD, IN-LINE, FILLING MACHINE W/20' CONVEYOR, ANALOG CONTROLS, PNEUMATIC PUMP. S#: ILSA-9631. |
| ACP-007 | 3M CASE SEALER. M#: 800AF, S#: 1431. |
| ACP-008 | KAPS-ALL BOTTLE FEEDER W/ANALOG CONTROLS. M#: AU-6, S#: 3967. |
| ACP-009 | 1998 TIRELLI 6-HEAD ROTARY LABEL MACHINE. M#: TANGO, S#: 234. |
| ACP-010 | REB TRANSLAB 5-HEAD IN-LINE FILLING MACHINE W/ANALOG CONTROLS. S#: ILSA-9828. |

PAGE 2

AMERICAN CONSUMER PRODUCTS
COLUMBUS, GEORGIA

06/10/10

.

| ITEM # | DESCRIPTION |
|--------|-------------|
| ACP-011 | (2) SIMPLEX MANUAL TABLETOP SINGLE-HEAD FILLERS. M#: N/A, S#: N/A. |
| ACP-012 | TIRELLI ROTARY LABEL MACHINE. M#: TANGO, S#: 236. |
| ACP-013 | 1998 TIRELLI 8-HEAD ROTARY FILLING MACHINE W/ANALOG CONTROLS. M#: MAXIMA, S#: M229. |
| ACP-014 | KAPS-ALL IN-LINE CAPPING MACHINE. M#: A6, S#: 4302 |
| ACP-015 | (6) LITTLE DAVID CASE SEALERS. |
| ACP-016 | KAPS-ALL IN-LINE BOTTLE FEEDING MACHINE. M#: AU-6, S#: 4185. |
| ACP-017 | 1998 TIRELLI ROTARY LABEL MACHINE. M#: TANGO, S#: 235. |
| ACP-018 | 2000 TIRELLI 8-HEAD ROTARY FILLING MACHINE. M#: MAXIMA, S#: 492. |
| ACP-019 | KAPS-ALL IN-LINE CAPPING MACHINE. M#: A2, S#: 4154. |

PAGE 3

AMERICAN CONSUMER PRODUCTS
COLUMBUS, GEORGIA

06/10/10

| ITEM # | DESCRIPTION |
|--------|-------------|
| ACP-020 | TIRELLI 6-HEAD ROTARY LABEL MACHINE. M#: TANGO, S#: M207. |
| ACP-021 | 2000 TIRELLI 8-HEAD ROTARY FILLING MACHINE. M#: MAXIMA, S#: 490. |
| ACP-022 | KAPS-ALL IN-LINE CAPPING MACHINE. M#: A2, S#: 3947. |
| ACP-023 | KAPS-ALL IN-LINE BOTTLE FEEDING MACHINE. M#: AU-6, S#: 3953. |
| ACP-024 | TIRELLI 6-HEAD ROTARY LABEL MACHINE. M#: TANGO6/2, S#: M209. |
| ACP-025 | 1998 TIRELLI 8-HEAD ROTARY FILLING MACHINE. M#: MAXIMA, S#: M230. |
| ACP-026 | KAPS-ALL IN-LINE CAPPING MACHINE. M#: A6, S#: 4290. |
| ACP-027 | KAPS-ALL IN-LINE BOTTLE FEEDER. M#: AU-6, S#: 4184. |
| ACP-028 | 1997 TIRELLI 6-HEAD ROTARY LABEL MACHINE. M#: TANGO, S#: M208. |

PAGE 4

AMERICAN CONSUMER PRODUCTS
COLUMBUS, GEORGIA

06/10/10

| ITEM # | DESCRIPTION |
|---|---|
| ACP-029 | 2000 TIRELLI 8-HEAD ROTARY FILLING MACHINE. M#: MAXIMA 8, S#: 491. |
| ACP-030 | KAPS-ALL IN-LINE CAPPING MACHINE. M#: A6, S#: 4821. |
| ACP-031 | AUTO MATE INDUCTION SEALER. M#: AM-20, S#: A5636. |
| ACP-032 | 1998 SHOREWOOD IN-LINE LABEL MACHINE W/DIGITAL CONTROLS. M#: 4000, S#: 17791. |
| ACP-033 | ODEN 6-HEAD IN-LINE FILLING MACHINE W/6-TANK MODULES, (7) PROFILL 3000 METERS, MAIN FILL TANK. M#: N/A, S#: N/A. |
| ACP-034 | LINX 4800 CODER. |
| ACP-035 | KAPS-ALL IN-LINE CAPPING MACHINE. M#: A6, S#: 4286. |
| ACP-036 | (2) LITTLE DAVID CASE SEALERS. M#: 16A. |
| ACP-037 | REB 5-HEAD IN-LINE FILLING MACHINE W/DIGITAL DISPLAY, NOT IN USE. |

AMERICAN CONSUMER PRODUCTS
COLUMBUS, GEORGIA

| ITEM # | DESCRIPTION |
|---|---|
| ACP-038 | (2) CONFLEX AUTO L-BAR SEALER W/WELDOTRON HEAT TUNNELS. M#: E-260A, S#: 268981112, 268990213. |
| ACP-039 | 2000 TIRELLI SINGLE-HEAD IN-LINE FILLER/CAPPING MACHINE. M#: MINI NEBEL, S#: 493. |
| ACP-040 | NO NAME VERTICAL LABELING MACHINE. M#: N/A, S#: N/A. |
| ACP-041 | (4) TIRELLI SINGLE-HEAD IN-LINE FILLING MACHINES. M#: CHICO 1, S#: 385, 386, 382, 360. |
| ACP-042 | NO NAME HEAT TUNNEL. |
| ACP-043 | KAPS-ALL IN-LINE BOTTLE FEEDER. M#: C, S#: 1844. |
| ACP-044 | (1) KURSCHNER HORIZONTAL 3-HEAD PNEUMATIC GANG DRILLS. |
| ACP-045 | HARTNESS INTERNATIONAL BOX GLUER W/NORDSON 3400 GLUE MACHINE. |
| ACP-046 | KAPS-ALL IN-LINE CAPPING MACHINE. M#: A2, S#: 3948. |
| ACP-047 | MISC ITEMS INCL: PANAMA CAN SEALER, GRACO PUMP/PRESS. |
| ~~ACP-048~~ | ~~APPLE-BULK CARTON SHRINK WRAP TECH CHAMBER W/ATC TUNNEL. M#: TN 100 GL, S#: 0604.~~ |
| ACP-049 | MATEER-BURT FILLING HOPPER W/AGITATOR. |

PAGE 6

AMERICAN CONSUMER PRODUCTS
COLUMBUS, GEORGIA

06/10/10

| ITEM # | DESCRIPTION |
|---|---|
| ACP-050 | 2000 TIRELLI LABEL COUNTER. M#: RIAVVOLGITORE, S#: 461. |
| ACP-051 | (1) 600-GAL POLY TANK W/VALVE, (2) 750-GAL POLY TANKS W/VALVES. |
| ACP-052 | (4) 3000-GAL TAPERED POLY TANKS W/PLATFORMS, VALVES. |
| ACP-053 | (7) 1650-GAL TAPERED POLY TANKS W/PLATFORMS, VALVES. |
| ACP-054 | (3) 1050-GAL STAINLESS JACKETED TANKS W/DUAL AGITATORS. |
| ACP-055 | (3) 975-GAL STAINLESS TANKS, PLATFORMS, AGITATORS. |
| ACP-056 | (2) 3250-GAL STAINLESS JACKETED TANKS W/DUAL AGITATORS. (1) 3000-GAL STAINLESS TANK W/AGITATOR. |
| ACP-057 | (1) 5000-GAL CARBON, (2) 1050-GAL STAINLESS, (1) 2560-GAL JACKETED, (1) 2000-GAL STAINLESS, TANKS W/AGITATORS. |
| ACP-058 | (1) 750-GAL, (6) 3000-GAL, POLY TANKS W/VALVES. |

PAGE 7

AMERICAN CONSUMER PRODUCTS
COLUMBUS, GEORGIA

06/10/10

| ITEM # | DESCRIPTION |
|---|---|
| ACP-059 | (1) 1050-GAL, (2) 600-GAL, (2) 275-GAL, (1) 340-GAL, (2) 700-GAL, STAINLESS TANKS W/AGITATORS. |
| ACP-060 | (7) 200-GAL STAINLESS TANKS ON WHEELS, (3) 100-GAL TANKS ON WHEELS. |
| ACP-061 | 1998 FULTON VERTICAL BOILER, M#: FB-020-A, S#: 82961. |
| ACP-062 | (5) PNEUMATIC PRODUCT PUMPS. |
| ACP-063 | 1999 WERNER KAMMANN 4-COLOR BOTTLE SCREEN PRINTING MACHINE W/PROPANE CURING, BOTTLE LOADER & DESCRAMBLER, COMPUTERIZED CONTROLS. M#: 4-14-21, S#: 10093. |
| ACP-064 | 2000 WERNER KAMMANN 4-COLOR BOTTLE SCREEN PRINTING MACHINE W/PROPANE CURING, BOTTLE LOADER & DESCRAMBLER, COMPUTERIZED CONTROLS. M#: 4-14-21, S#: 10415. |
| ACP-065 | BELLISS & MORCOM 150-HP 2-STROKE AIR COMPRESSOR. |

PAGE 8

AMERICAN CONSUMER PRODUCTS
COLUMBUS, GEORGIA

06/10/10

| ITEM # | DESCRIPTION |
|---|---|
| ACP-066 | MISC SURPLUS EQUIP, NOT IN USE, INCL: PACKAGING MACHINES, STAMPING MACHINES, SCREEN PRINTING MACHINES, BOILER CONVEYORS, ETC. UNABLE TO PROPERLY INSPECT. |
| ACP-067 | 3000-GAL JACKETED STAINLESS TANK W/(4) PROPANE BURNERS. |
| ACP-068 | (5) MISC TANKS W/AGITATORS. |
| ACP-069 | 2001 BEKUM DUAL-HEAD INEW JERSEY EQUIPMENTCTION BLOW MOULD MACHINE W/NOVATEC RESIN DRYER, MAGUIRE ADDITIVE HOPPER, STERLCO CHILLER. M#: H-155HC. S#: 991405-5-097. |
| ACP-070 | 2002 NISSEI ASB SINGLE STEP STRETCH BLOW MOLDING MACHINE W/NOVATEC RESIN DRYER. M#: PF6-2B. S#: 249C3248. |
| ACP-071 | 2001 NISSEI ASB SINGLE STEP STRETCH BLOW MOLDING MACHINE W/NOVATEC RESIN DRYER. M#: PF6-2B. S#: 239C3239. |
| ACP-072 | (2) KAPS ALL BOTTLE LOADING MACHINES. M#: AU-6, S#: 4183, 3962. |
| ACP-073 | (3) FLUID PACKAGING SOLUTIONS 12-HEAD IN-LINE FILLING MACHINES. M#: N/A, S#: N/A |
| ACP-074 | NORDSON DURABLUE 4 CODER. |

**AMERICAN CONSUMER PRODUCTS**
**COLUMBUS, GEORGIA**

| ITEM # | DESCRIPTION |
|---|---|
| ACP-075 | (3) KAPS-ALL IN-LINE CAPPING MACHINES. M#: A2, S#: 3946, 4820, 4303. |
| ACP-076 | (2) 1996 TIRELLI IN-LINE LABEL MACHINES. M#: DELTA. S#: M174, M183. |
| ACP-077 | AUTO LABE IN-LINE LABELER. M#: 822. S#: 950081. |
| ACP-078 | (3) 3000-GAL, (1) 5000-GAL, (3) SMALL, STAINLESS TANKS W/AGITATORS. |
| ACP-079 | (6) 750-GAL, (1) 550-GAL, POLY TANKS. |
| ACP-080 | (1) McQUAY CHILLER W/MICROTECH CONTROLS, 4-12. M#: PEH087. S#: 5XE0102400. N/A. |
| ACP-081 | 1992 SUPERIOR MOHAWK GAS BOILER. M#: 4-5-1506. S#: 11597. |
| ACP-082 | (4) STAINLESS PRESSURE VESSELS W/(1) AGITATOR. |
| ACP-083 | KOMATSU WAREHOUSE LIFT, PROPANE, TRIPLE MAST, 4000-LB. |
| ACP-084 | KOMATSU WAREHOUSE LIFT, W/TRIPLE MAST, 4000 LB. PROPANE. |
| ACP-085 | PRESTO HYDRAULIC LIFT TRUCK, 1500-LB, ELECTRICAL. M#: BT-896-1500-MOU. S#: 098Z. |
| ACP-086 | CINCINNATI MILL HORIZONTAL MILLING MACHINE, 460-VOLTS, ELECTRIC. S#: 2J2P34-11D. |

AMERICAN CONSUMER PRODUCTS
COLUMBUS, GEORGIA

| ITEM # | DESCRIPTION |
|---|---|
| ACP-087 | ~~EXMARK RIDING LAWN MOWER, 23-HP ENGINE, ZERO-TURN RADIUS, TRITON 56" CUTTING PLATFORM. M#: LAZER2-HP.~~ |
| ACP-088 | 1986 (ASSUME) BOBCAT SKID STEER FRONT END LOADER, DIESEL. M#: 753. |
| ACP-089 | KOMATSU WAREHOUSE LIFT, TRIPLE MAST, PROPANE. M#: 20, S#: N/A. |
| ACP-090 | MILLER SYNCROWAVE WELDER. M#: 250. |
| ACP-091 | COBAFER LATHE. M#: C23001I, S#: NOT LEGIBLE. |
| ACP-092 | HONDA SELF-PROPELLED 3-SPEED PUSH MOWER. M#: HRR216I3TDA, S#: MZCO.7307366. |
| ACP-093 | MILLER MILLERMATIC ARC WELDING SYSTEM W/TANK, 40-42 AMPS. M#: MILLERMATIC 250, S#: LA046363. |
| ACP-094 | JOHN DEERE RIDING LAWN MOWER, NO CUTTING DECK. M#: 208. |
| ACP-095 | SWISHER 44" LAWN CUTTING PLATFORM, 8.5-HP ENGINE. |
| ACP-096 | TOYOTA PROPANE TRI-MAST FORKLIFT, 5350-LB. M#: 42-6FGC025, S#: 80886. |
| ACP-097 | COUSINS ELECTRIC PALLET WRAPPER. S#: N/A. |
| ACP-098 | TOYOTA PROPANE WAREHOUSE LIFT, TRI-MAST, 5350-LB. M#: 42GFGUC25, S#: 80946. |

**AMERICAN CONSUMER PRODUCTS
COLUMBUS, GEORGIA**

| ITEM # | DESCRIPTION |
|---|---|
| ACP-099 | JLG ELECTRIC SCISSOR LIFT, 750-LB, COMMANDER, M#: CM-2546. |
| ACP-100 | CUSHMAN 3-WHEEL ELECTRIC CART. M#: 8983208, S#: 9608134. |
| ACP-101 | LINX 4800 CODING MACHINE. M#: 48W. S#: LP82718. |
| ACP-102 | CLARK ELECTRIC FORK LIFT, RIDING. |
| ACP-103 | 3 2) RAYMOND ELECTRIC RIDING FORK LIFT, 3000-LB W/SCISSOR EXTENSION. M#: EASIDR30TT, S#: 09455, 22569, 09543, 09548, RYMD2, 22570, RMD1, RMD4, 09454. |
| ACP-104 | TENNANT 530-E ELECTRIC RIDING FLOOR SCRUBBER/CLEANER. S#: 530-1597. |
| ACP-105 | CROWN ELECTRIC FORK LIFT. S#: 1A104756. |
| ACP-106 | KURSCHNER 16-HEAD CANDLE MAKING LINE, 230-VOLT W/DESCRAMBLER FEED TABLE, 5' ROUND TABLE, KURSCHNER CONTROLS. M#: 2750.15, S#: 20104/01; 40' COOLING LINE CONVEYOR. M#: 3650.58, S#: 20103/01; CANDLE MACHINE W/WAX LOADING VAT. M#: 20102, S#: 21864/00; WAX HEATING VAT. |
| ACP-107 | 1998 GM TOP KICK FLAT-BED TRUCK, 20' BED, AUTOMATIC, 6 WHEEL. |
| ACP-108 | 1998 FORD UTILITY VAN, AUTOMATIC, 100631-MILES. |

PAGE 12

AMERICAN CONSUMER PRODUCTS
COLUMBUS, GEORGIA

06/10/10

| ITEM # | DESCRIPTION |
|--------|-------------|
| ACP-109 | DELTA COOLING TOWER, 30-HP MOTOR. |
| ACP-110 | HANKISON REFRIGERATED AIR DRYER, 500 SCFM. M#: HPRD 1.5-700, S#: H172070546002040011. |
| ACP-111 | 2002 ADVANTAGE TITAN CHILLER, TITAN CENTRAL CHILLER. M#: TIPS-20W-42HRX, S#: 78277. |
| ACP-112 | CUSHMAN 3-WHEEL ELECTRIC CART. |
| ACP-113 | (2) HYTEL LITTLE DAVID PALLET WRAPPER & 12' ELECTRIC CONVEYOR. M#: SPECIAL, S#: 253401. |
| ACP-114 | COUSINS PALLET WRAPPER. #: 1921W, S#: 111200 211 2971. |
| ACP-115 | (2) RAPID GRINDING MACHINES W/CYCLONE, W/CONVEYOR SYSTEM. |
| ACP-116 | GARDNER DENVER 100-HP ELECTRA SAVER II AIR COMPRESSOR. |
| ACP-117 | KOBELCO ROTARY SCREW AIR COMPRESSOR, OIL FREE, (ASSUME 100-HP), M#: KNW 1-E/L, S#: 92E0163. |

**B6B (Official Form 6B) (12/07)**

In re ____ American Consumer Products Corporation ____,          Case No. _____
　　　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE B - PERSONAL PROPERTY

　　　　Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

　　　　**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other finan- cial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and home- stead associations, or credit unions, brokerage houses, or cooperatives. | x | | | |
| 3. Security deposits with public util- ities, telephone companies, land- lords, and others. | x | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photo- graphic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |

In re _____,          Case No. _____
          **Debtor**                                                                                  **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures.  Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds.  Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | Pending lawsuits vs. Metromarketing, Inc., ($150,000); GBC Funding and Greystone Financial ($250,000); Inland Real Estate Auctions, etal., ($65,000.00 plus); DrugFair Bankruptcy claim ($35,000) | | |

In re _____,        Case No. _____
                    **Debtor**                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Desks, computers, printers | | $5,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Machinery, equipment and material--see attached list (12 pages) | | $2,500,000.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |
| | | 0 | | 2,505,000.00 |

B6C (Official Form 6C) (04/10)

In re __American Consumer Products Corp__,      Case No. _____
_____Debtor_____                                   (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:     ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                        $146,450.*
☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| none | | | |

\* _Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

B6D (Official Form 6D) (12/07)

In re ____American Consumer Products Corp.____,          Case No. _____
                    **Debtor**                                                                    **(If known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>SunTrust Bank<br>606 Cherry Street<br><br>Macon, GA 31201 | | | October 5, 2005; mortgage on real property and UCC filings on equipment and material<br><br>VALUE $6,000,000. | | | X | $2,800,000.00 | |
| ACCOUNT NO.<br><br>Internal Revenue Service<br>IRS Service Center<br>Kansas City, MO | | | Payroll Taxes<br><br><br>VALUE $ | | | | $91,000.00 | |
| ACCOUNT NO.<br><br>Georgia Deparment of Labor | | | Unemployment Taxes<br><br><br>VALUE $ | | | | $19,610.00 | |

___2___ continuation sheets
        attached

Subtotal ►
(Total of this page)

Total ►
(Use only on last page)

| | |
|---|---|
| $ 2,910,610 | $ |
| $ | $ |

(Report also on Summary of Schedules.)          (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) – Cont.                                                                 2

In re _____American Consumer Products Corp_____,    Case No. _____
                        **Debtor**                                              **(if known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Georgia Department of Revenue | | | Payroll Taxes <br><br><br> VALUE $ | | | | $22,500.00 | |
| ACCOUNT NO. <br><br> Mucogee County | | | Personal property taxes <br><br><br> VALUE $ | | | | 51,500.00 | |
| ACCOUNT NO. <br><br> Labels Tags and Insets, Inc. | | | Judgment entered on 5/7/07 in Superior Court of Muscogee County <br><br> VALUE $ | | | | $43,000.00 | |
| ACCOUNT NO. <br><br> Bellwood Aromatics, Inc. | | | Judgment entered on 8/19/08 in Superior Court of Muscogee County <br><br> VALUE $ | | | | $42,240.00 | |
| ACCOUNT NO. <br><br> Parker Security & Investigative Services, Inc. | | | Judgment entered on 10/15/08 in Superior Court of Muscogee County <br><br> VALUE $ | | | | $8,507.14 | |

Sheet no _1_ of _2_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s)▶
(Total(s) of this page)

Total(s) ▶
(Use only on last page)

| | |
|---|---|
| $ 167,747.14 | $ |
| $ | $ |
| (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6D (Official Form 6D) (12/07) – Cont.                                                                    2

In re ___American Consumer Products Corp___,      Case No. _____
              **Debtor**                                                    **(if known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Scott Logistics Corp | | | Judgment dated 5/9/2007; Superior Court of Muscogee County<br><br>VALUE $ | | | | $5,213.50 | |
| ACCOUNT NO.<br>Tracom, Inc. | | | Judgment dated 1/6/10; Superior Court of Muscogee County<br><br>VALUE $ | | | | $2,721.75 | |
| ACCOUNT NO.<br>Univar, Inc.<br>PO Box 34325<br>Seattle, WA  98124-1325 | | | Judgment dated 4/7/09; Circuit Court of Cook County, Illinois<br><br>VALUE $ | | | | $35, 281.22 | |
| ACCOUNT NO.<br>Arminak and Assoc. | | | Judgment entered in Los Angelos Superior Court<br><br>VALUE $ | | | | $68,000.00 | |
| ACCOUNT NO.<br><br>VALUE $ | | | | | | | | |

Sheet no _2_ of _2_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s)▶
(Total(s) of this page)

$ 111,216.47     $

Total(s) ▶
(Use only on last page)

$ 3,189,573.61     $

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (04/10)

In re __American Consumer Products Cor __,          Case No._____
                 **Debtor**                                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

_* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

**B6E (Official Form 6E) (04/10) – Cont.**

In re    American Consumer Products Cor     ,      Case No._____
              **Debtor**                                                    **(if known)**

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

*\* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

<u>  0  </u> continuation sheets attached

B6F (Official Form 6F) (12/07)

In re _____American Consumer Products Corp_____,    Case No. _____
                                   **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  Louis Haber | | | July of 2009 claim of independent sales representative of commissions; lawsuit filed in Circuit Court of the Eighteenth Judicial Circuit | | | X | $38,000.00 |
| ACCOUNT NO.  Belle Aire Fragrances, Inc. 1600 Baskin Road Mundelein, IL  60060 | | | August 2008 claim for nonpayment of products allegedly provided to Debtor | | | X | $13,700.00 |
| ACCOUNT NO.  Scott Orth Attorney at Law Miami, FL | | | Attorney fees incurred through September 2008 | | | X | $42,000.00 |
| ACCOUNT NO. | | | | | | | |

|  |  |
|---|---|
| Subtotal► | $ 93,700.00 |

_____continuation sheets attached

|  |  |
|---|---|
| Total► | $ 93,700.00 |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)