**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **In Re:**           ) | |
|                      ) | **Case No: 10-39851** |
| **American Consumer Products**  ) | |
| **Corporation**      ) | |
|                      ) | **Chapter 11** |
| **Debtor,**          ) | |

**Debtor in Possession's Final Report and Account and Schedule of Unpaid Obligations
Incurred After Filing of Petition under Chapter 11**

   **NOW COMES**, the Debtor in possession, AMERICAN CONSUMER PRODUCTS CORPORATION, for its final accounting pursuant to <u>Bankruptcy Rule 1019(5)</u>, respectfully reports and represents:

1.  An order converting the case to a case under chapter 7 of the Bankruptcy Code was entered on October 28, 2010 and Gina Krol was appointed interim trustee. The debtor in possession has turned over to the said interim trustee all records and property of the estate which were in its possession or control on the date of the conversion order.

2.  Schedule "A" which is attached hereto is a schedule of unpaid debts incurred after commencement of the chapter 11 case.

3.  No assets filed in the case were disposed of during the chapter 11 case, either in the

regular course of business or pursuant to an order of the court.

4. No property was acquired after the filing of the original petition and before entry of the conversion order.

5. No executory contracts were entered into or assumed by the debtor in possession after the filing of the original petition and before entry of the conversion order.

Dated: December 13, 2010

        AMERICAN CONSUMER PRODUCTS
        CORPORATION

By: _____
    Robin Zahran, President

I, Robin Zahran, declare under penalty of perjury that the foregoing is true and correct according to the best of my knowledge, information, and belief.

Dated: December 13, 2010

_____
Robin Zahran, President

## SCHEDULE A

Approximately $10,000.00 for legal services to the following:

Eric Sdrenka
Law Offices of Sdrenka and Probst
333 N. Michigan Ave., Ste 614
Chicago, IL  60601
(312) 726-3208

Approximately $5,000.00 for legal services to the following:

Douglas A. Cipriano
Attorney at Law,
1730 Heather Hill Cres
Flossmour, IL 60422
(708) 922-0474.

regular course of business or pursuant to an order of the court.

4. No property was acquired after the filing of the original petition and before entry of the conversion order.

5. No executory contracts were entered into or assumed by the debtor in possession after the filing of the original petition and before entry of the conversion order.

Dated: December 13, 2010

AMERICAN CONSUMER PRODUCTS CORPORATION

By: *[signature]*
Robin Zahran, President

I, Robin Zahran, declare under penalty of perjury that the foregoing is true and correct according to the best of my knowledge, information, and belief.

Dated: December 13, 2010

*[signature]*
Robin Zahran, President